**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JERRY PECK** | **CIVIL ACTION NO. 18-1531** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JAMES M. LEBLANC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jerry Peck's Petition for Habeas Corpus, [Doc. Nos. 1, 5], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims for monetary relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Production of Documents, [Doc. No. 3], and Motion for Stay of State Proceedings and Declaratory Judgment, [Doc. No. 4], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 2nd day of January, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**